**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00064-BNB

CECIL BYNUM,

    Plaintiff,

v.

MAYOR MICHAEL HANCOCK, Municipality, City and County of Denver,
KERI JOHNSON,
DAVID RYAN,
AP RICHMOND,
J CASIAS,
J ANDREWS,
J SIMMONS, and
ROBERT HART,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On March 1, 2012, Plaintiff filed a Motion Requesting Modification of Court Ordered Payments.  Monthly filing fee payments are provided for under 28 U.S.C. § 1915(b).  Plaintiff is responsible for arranging for payments.  A filing fee payment is not a restitution payment.  Plaintiff's Motion Requesting Modification, Doc. No. 10, is DENIED.

Dated:  March 2, 2012