IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00064-WYD-MJW

CECIL BYNUM,

Plaintiff(s),

v.

MUNICIPALITY, CITY AND COUNTY OF DENVER,
KERI JOHNSON,
DAVID RYAN,
AP RICHMOND,
J CASIAS,
J ANDREWS,
J SIMMONS, and
ROBERT HART

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Defendants' Motion to Continue Scheduling Conference (Docket No. 51) is granted, and thus the Rule 16 Scheduling Conference set for August 27, 2012, is vacated.  It is thus further

**ORDERED** that the plaintiff's Motion to Facilitate and Clarify Court's Stipulated Court Order (Docket No. 47) is denied as moot.

Date: August 14, 2012