IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00064-WYD-MJW

CECIL BYNUM,

Plaintiff(s),

v.

MUNICIPALITY, CITY AND COUNTY OF DENVER,
KERI JOHNSON,
DAVID RYAN,
AP RICHMOND,
J CASIAS,
J ANDREWS,
J SIMMONS, and
ROBERT HART

Defendant(s).

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion Requesting a Copy of the Court Order (Docket No. 58) is granted.  The Clerk of Court shall send the plaintiff a copy of this court's Minute Order dated August 14, 2012 (Docket No. 53).

Date: September 13, 2012