IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00064-WYD-MJW

CECIL BYNUM,

Plaintiff(s),

v.

MUNICIPALITY, CITY AND COUNTY OF DENVER,
KERI JOHNSON,
DAVID RYAN,
AP RICHMOND,
J CASIAS,
J ANDREWS,
J SIMMONS, and
ROBERT HART

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

  Upon review of the plaintiff's Motion for Justifiable Excuse or Excusable Neglect for the Sir-Reply, Combined Motions Pursuant to Rule 12(g)(2), and Rule 201 (Docket No. 85), it is hereby

  ORDERED that such document (Docket No. 85) shall be docketed as a Reply to the Defendants' Response to Objection to Recommendation of United States Magistrate Judge (Docket No. 80) rather than as a motion.  It does not appear to be an actual motion although it as captioned as such.

Date: March 8, 2013