IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00064-WYD-MJW

CECIL BYNUM,

    Plaintiff,

v.

MUNICIPALITY, CITY AND COUNTY OF DENVER;
KERI JOHNSON;
DAVID RYAN;
AP RICHMOND;
J. CASIAS;
J. ANDREWS;
J. SIMMONS; and,
ROBERT HART,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on March 12, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that Magistrate Judge Watanabe's Recommendation (ECF Doc. No. 72) is affirmed and adopted.  It is further

ORDERED that judgment is hereby entered in favor of Defendants, Municipality, City and County of Denver; Keri Johnson; David Ryan; AP Richmond; J. Casias; J. Andrews; J. Simmons; and Robert Hart, and against Plaintiff, Cecil Bynum, on Defendants' Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(6).

ORDERED that plaintiff's claims, the amended complaint and this civil action are dismissed with prejudice.

DATED at Denver, Colorado this 13th day of March, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk