IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00064-WYD-MJW

CECIL BYNUM,

Plaintiff(s),

v.

MUNICIPALITY, CITY AND COUNTY OF DENVER,
KERI JOHNSON,
DAVID RYAN,
AP RICHMOND,
J CASIAS,
J ANDREWS,
J SIMMONS, and
ROBERT HART

Defendant(s).

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Restructure of Payment Combined Motion for Marchs [sic] Payment (Docket No. 95) is granted as follows.  A separate Order Directing Prison To Disburse Funds for Monthly Payments shall be issued separately.  That Order concerns solely the payment of the plaintiff's filing fee to this court for this action.  It does not apply to any payment for fees to the Tenth Circuit Court of Appeals.  In addition, plaintiff shall be excused from making his March 2013 payment.

Date: April 11, 2013